JS-6

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DIVISION OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MASTERTON, | Case No.: 8:21-CV-01691-SVW (JDE) |
| Plaintiff, | |
| vs. | **ORDER** |
| JOHNSON CONTROLS BUILDING AUTOMATION SYSTEMS, LLC (a Delaware Limited Liability Company); JOHNSON CONTROLS CAPITAL LLC (a Delaware Limited Liability Company); JOHNSON CONTROLS FIRE PROTECTION LP (a Delaware Corporation); JOHNSON CONTROLS GOVERNMENT SYSTEMS, LLC (a Wisconsin Limited Liability Company); JOHNSON CONTROLS INTERNATIONAL PLC, (an Unknown Entity); JOHNSON CONTROLS SECURITY SOLUTIONS LLC (a Delaware Limited Liability Company); JOHNSON CONTROLS-HITACHI AIR CONDITIONING NORTH AMERICA LLC (a Delaware Limited Liability Company); JOHNSON CONTROLS, INC. (a Wisconsin Corporation); JOHNSON ELECTRIC & CONTROLS INC. (a California Corporation); SENSORMATIC ELECTRONICS, LLC (a Nevada Limited Liability Company); HOLLIS ANDERSON (an Individual); IRENE | Complaint Filed: September 3, 2021<br>Removal Date:   October 12, 2021<br>Trial Date:        October 29, 2024<br>District Judge:  Hon. Stephen V. Wilson |

LAM (an Individual); and DOES 1-100, inclusive,)
)
)
)
)
)
           Defendants.      )
                            )

## ORDER

Pursuant to the agreed stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) filed concurrently herewith, and good cause appearing, it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, ~~with this Court specifically retaining jurisdiction over the settlement agreement~~.

**IT IS SO ORDERED**

Dated: January  22 , 2025

_____
The Honorable Judge Stephen V. Wilson

**CERTIFICATE OF SERVICE**

I certify that on January 17, 2025, I served a true and correct copy of the foregoing **[PROPOSED] ORDER**, on the following attorneys as follows:

Michael J. Sexton
Po-En Terence Liao
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626

Email(s):
michael.sexton@ogletree.com
terence.liao@ogletree.com
dianna.kinnamon@ogletree.com
Erin.montgomery@ogletree.com

by the following indicated method or methods:

| | | |
|---|---|---|
| _____ | BY MAIL: | I caused a true and correct copy of the document described herein to be enclosed in a sealed envelope address to the above. |
| _____ | BY FAX: | I caused a true and correct copy to be transmitted via fax to the following number: _____. |
| XXX | BY CM/ECF SYSTEM: | I caused a true and correct copy to be transmitted to the attorneys through the court's CM/ECF system on the date set forth below. |
| _____ | BY EMAIL: | I caused a true and correct copy to be transmitted via email to the following address: |
| _____ | BY FEDERAL EXPRESS OVERNIGHT DELIVERY: | I caused a true and correct copy of the document described to be to be enclosed in a sealed envelope address to the above, with FEDERAL EXPRESS. to the person named above. |

Executed this   17th   day of January 2025, in the City and County of Los Angeles, State of California.

/s/   Jacy Ferido
Jacy Ferido